**Order entered July 1, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00424-CV

### MARICELA A. PEREZ, ET AL., Appellants

### V.

### ARNS INVESTMENTS, LLC, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02341-C**

### ORDER

By order dated June 30, 2021, we ordered the court reporter to file records from two hearings. Appellants have now filed a motion to dismiss the appeal. Accordingly, we **VACATE** our June 30th order. The appeal will be dismissed in due course.

We **DIRECT** the Clerk of this Court to send a copy of this order to Janet Wright, Official Court Reporter for County Court at Law No. 3, and all parties.

/s/     KEN MOLBERG
        JUSTICE